1118

**Will ROSBOROUGH, Appellant, v. STATE.**
No. 13607.

Court of Criminal Appeals of Texas.
June 4, 1930.

Rehearing Denied Oct. 22, 1930.

Scott, Casey & Hall, of Marshall, for appellant.

A. A. Dawson, State's Atty., of Canton, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived.

The judgment is affirmed.

**Lee SANDLIN, Appellant, v. STATE.**
No. 13446.

Court of Criminal Appeals of Texas.
Oct. 8, 1930.

Myres & Pressly, of Fort Worth, for appellant.

J. P. Word, Co. Atty., of Meridian, and A. A. Dawson, State's Atty., of Canton, for the State.

MORROW, P. J.

The unlawful sale of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

An opinion ordering a reversal of the judgment of conviction has been written, but cannot be handed down, for the reason that the appeal must be dismissed on account of the death of the accused, of which an affidavit has been filed.

**J. J. STONE, Appellant, v. STATE.**
No. 13639.

Court of Criminal Appeals of Texas.
Oct. 8, 1930.

Reasonover & Reasonover, of Denison, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is for the unlawful possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for a period of one year.

The indictment is regular and regularly presented. There is no statement of facts; nor is there presented for review by bills of exceptions or otherwise any complaint of the ruling of the trial court.

The judgment is affirmed.

**E. L. WALKER, Appellant, v. STATE.**
No. 13592.

Court of Criminal Appeals of Texas.
June 25, 1930.

Rehearing Denied Oct. 22, 1930.

T. E. Lacy, of Longview, for appellant.

A. A. Dawson, State's Atty., of Canton, for the State.

MORROW, P. J.

The offense is the violation of the Pharmacy Act, embraced in title 12, chapter 8, Penal Code 1925; penalty, fine of $25.

The record is here without bills of exceptions, statement of facts, or brief for the appellant. No question for review has been pointed out, and no fault in the procedure has been perceived.

The judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J.

The motion for rehearing herein but questions the sufficiency of the complaint and information; there being neither statement of facts nor bills of exception in the record. Without setting same out at length, they appear to be amply sufficient.

The motion for rehearing will be overruled.

HAWKINS, J., absent.